**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| In Re Asbestos Products Liability | ) | |
| | ) | |
| Plaintiff-Appellant Linnie Frankenberger | ) | USCA-3 Case No. 15-1988 |
| | ) | |
| | ) | |
| | ) | |

**Appellant's Motion to Strike**

_____

Appellant Linnie Frankenberger moves to strike portions of appellee CBS Corporation's ("CBS") appellee brief.  ("CBS's appellee brief" Case: 15-1988 Document: 003112072438.)

Motion to Strike

CBS's appellee brief makes arguments concerning issues of law that were not presented for review to this Court by CBS on cross-appeal. This Court has refused to reverse holdings that are not properly before it on appeal which "lessen" the rights of a party.  *Nationwide Mut. Ins. Co. v. Cosenza*, 258 F.3d 197, 205 (3d Cir. Pa. 2001)

> It is settled law that "what (an appellee) may not do in the absence of a cross-appeal is to 'attack the decree with a view either to enlarging his own rights thereunder or of lessening the rights of his adversary, whether what he seeks is to correct an error or to supplement the decree with respect to a matter not dealt with below.'"

*Id.* (quoting *Morley Constr. Co. v. Maryland Casualty Co.*, 300 U.S. 185, 191 (1937)).

Here CBS claims applying Indiana law would result in judgment in its favor.   However, CBS failed to cross-appeal U.S. District Court Judge Robreno's following holding:

- "Having determined that Illinois law governs Plaintiff's claims against Defendant Westinghouse, both of the Indiana statutes of repose cited by Defendant are inapplicable and, therefore Defendant is not entitled to summary judgment on grounds of these statutes of repose."   (App. Vol. 1 at 18, 20.)

As such, the following arguments and associated evidence in CBS's appellee brief should

Case: 15-1988    Document: 003112084883    Page: 2    Date Filed: 09/25/2015

be stricken:

- Argument I. Plaintiff's claims are barred by Indiana's product liability repose statute. (CBS App. Br. 22-24.)

- Argument II. Alternatively, Plaintiff's turbine-related claims are barred by Indiana's construction repose statute. (CBS App. Br. 25-27.)

<u>Relief Sought</u>

For the reasons stated above, this Court should strike portions of CBS's appellee brief.

Respectfully Submitted, September 24, 2015
/S/ Robert G. McCoy
Counsel for Plaintiff-Appellant

Robert G. McCoy
Dan B. Hausman
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
(312) 944-1870
bmccoy@cvlo.com